# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-cr-00156-LDG |
| v. | **ORDER** |
| ALEX P. SORIA, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant's Motions to Allow Movant to Serve Remainder of Sentence to Halfway House and House Arrest (## 137, 139) are DENIED;

THE COURT FURTHER **ORDERS** that Defendant's Motion to Dismiss Counsel and Appoint New Counsel (#138) is GRANTED in Part and DENIED in Part as follows: Attorney Michael W. Sanft is terminated in this case as to Alex P. Soria; The Court will not appoint new counsel.

DATED this 9 day of April, 2014.

_____
Lloyd D. George
United States District Judge